

# THE STATE OF TEXAS
## MANDATE

TO THE 124TH DISTRICT COURT OF GREGG COUNTY, GREETINGS:

      Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 5th day of May, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Phyllis Gwen Pruitt, Appellant | No. 06-14-00217-CR |
| v. | Trial Court No. 44139-B |
| The State of Texas, Appellee | |

      As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment by replacing "481.115(c)" with "481.115(b)" to reflect conviction under the correct statute.  As modified, the judgment of the trial court is affirmed.

      We note that the appellant, Phyllis Gwen Pruitt, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

      WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

      WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 1st day of July, A.D. 2015.

DEBRA K. AUTREY, Clerk